**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WORCESTER DIVISION**

KEVIN MERCHANT,

                  Plaintiff,

      v.

EQUIFAX INFORMATION SERVICES,
LLC,

                  Defendant.

Civil Action No. 4:20-cv-11136-TSH

## NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S OFFER OF JUDGMENT

COMES NOW Plaintiff Kevin Merchant, through undersigned counsel, and provides notice to the Court pursuant to Fed. R. Civ. P. 68(a) that Plaintiff has timely accepted the offer of judgment tendered by Defendant Equifax Information Services LLC. Plaintiff further states:

1.     This is an action under the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. ("FCRA").

2.     Plaintiff initially filed his petition in the United States District Court, District Court of Massachusetts on June 16, 2020.

3.     On August 11, 2022, Defendant Equifax Information Services LLC served an offer of judgment pursuant to Fed. R. Civ. P. 68 on Plaintiff, through his attorneys. A copy of Defendant Equifax Information Services LLC's offer of judgment is attached as **Exhibit A**. Defendant Equifax Information Services LLC's Rule 68 offer of judgment stated that judgment would be entered against Defendant Equifax Information Services LLC in the amount of

$5,970.00 "plus reasonable attorneys' fees and costs, incurred to the date of this Offer, in an amount to be determined by the Court."

4.      Pursuant to Fed. R. Civ. P. 68(a), Plaintiff had fourteen days to serve written acceptance of the offer and then may file the offer and notice of acceptance, plus proof of service. If either party so files, the Clerk must then enter judgment.

5.      On August 19, 2022, Plaintiff timely accepted Defendant Equifax Information Services LLC's offer of judgment in writing.

WHEREFORE, judgment shall be entered against Defendant Equifax Information Services LLC and in favor of Plaintiff in the amount of $5,970.00, as set forth in Defendant Equifax Information Services LLC's Rule 68 offer of judgment, and consistent with the Parties' emailed discussions.  Plaintiff further requests that the Court proceed with setting a briefing schedule and/or hearing on Plaintiff's request for attorneys' fees and costs.

DATED:  August 22, 2022                    Respectfully submitted,

**THE LAW OFFICES OF JONAS JACOBSON**

By: */s/ Jonas A. Jacobson*
          Jonas A. Jacobson (BBO #676581)
          872 Massachusetts Avenue, Unit I-6
          Cambridge, MA 02139
          Telephone:  (617) 230-2779
          jonas@jonasjacobson.com

          *Attorney for Plaintiff Kevin Merchant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 22, 2022, a copy of the foregoing NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S OFFER OF JUDGMENT was filed through the Court's CM/ECF system, which will automatically send notification to all counsel of record.

*/s/ Jonas A. Jacobson*
Jonas A. Jacobson

*Attorney for Plaintiff Kevin Merchant*