UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEVIN MERCHANT, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 4:20-cv-11136-IT |
| | * | |
| EQUIFAX INFORMATION SERVICES, LLC, | * | |
| | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

August 25, 2022

TALWANI, D.J.

Pursuant to Fed. R. Civ. Proc. 68, judgment is hereby entered in favor of Plaintiff Kevin Merchant and against Defendant Equifax Information Services, LLC, in the amount of Five Thousand-Nine Hundred Seventy Dollars ($5,970.00), plus reasonable attorneys' fees and costs incurred through August 11, 2022, in an amount to be determined by the court on a motion filed in accordance with Fed. R. Civ. Proc. 54(d), with all claims asserted by Plaintiff against Defendant dismissed with prejudice.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge