## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
KEVIN MERCHANT,           )
Plaintiff                 )
                          )        C.A.No.: 20CV11136TSH
v.                        )
                          )
EQUIFAX, INFORMATION      )
SERVICES, LLC,            )
Defendant                 )
_____)

### PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, PURSUANT TO 15 § 1681o

NOW COMES the Plaintiff, and moves this Honorable Court for an award of attorney's fees for the period from the beginning of this case, through the entry of summary judgment, in the amount of $43,110 and costs in the amount of $500. As reasons therefore, the Plaintiff relies on the Memorandum in support hereof, and the associated Exhibits, filed herewith.

WHEREFORE the Plaintiff prays this Court enter an ORDER granting the Plaintiff his attorney's fees in the amount $43,110, costs in the amount of $500, and the attorney's fees in an amount to be determined after the drafting of the Plaintiff's Reply Brief, to be determined.

|  |  |
|---|---|
|  | Respectfully submitted |
| September 8th, 2022 | Kevin Merchant, by his attorney, |
|  | /S/ JONAS A. JACOBSON |
|  | Jonas A. Jacobson (BBO #676581) |
|  | The Law Offices of Jonas Jacobson |
|  | 2067 Massachusetts Avenue, 5th Floor |
|  | Cambridge MA 02140 |
|  | (617) 230-2779 |
|  | *jonas@jonasjacobson.com* |

## **CERTIFICATE OF SERVICE**

I, Jonas A. Jacobson, hereby certify that this day, I sent a true copy of the foregoing to the Defendant, Equifax Information Services, LLC, on September 8th, 2022 via NEXTGEN CM/ECF.

Dated September 8th, 2022

*/S/ Jonas A. Jacobson*
Jonas A. Jacobson