UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN MERCHANT,<br>Plaintiff<br><br>v.<br><br>EQUIFAX, INFORMATION SERVICES, LLC,<br>Defendant | C.A.No.: 20CV11136TSH |

## DECLARATION OF JONAS JACOBSON

I, Jonas Jacobson, having been duly sworn, do hereby depose and make affidavit as follows:

(1). I am a member of the Bar of Massachusetts, and the Bar of the United States for the Federal District of Massachusetts.

(2). I was admitted to practice law in 2009. My practice is primarily focused on consumer representation, in particular, the representation of consumers in litigation with their mortgage companies. I have represented more than a hundred individuals in such litigation, through the course of my 13 year career. I have also handled many so-called "statutory claims," seeking damages for violations of the Fair Credit Reporting Act, or the Fair Debt Collection Practices Act. I was named a SuperLawyer Rising Star from 2018 until 2019, when I was no longer eligible for that designation, and was named a Top Lawyer for Appellate Litigation for 2021, by Boston Magazine.

(3). I represent consumers on both an hourly, and a contingent fee basis. In the course of my hourly practice, I charge $450/hour under certain circumstances.

(4). While I have a heart for consumer issues, and appreciate the Congressional purpose behind the enactment of the FCRA and the FDCPA, because I am able to charge $450/hour, my ability to continue representing consumers in this type of litigation, hinges, in some part, on the Lodestar being set, at least, at an hourly rate I actually charge.

(5). The Boston area is extremely expensive, and we are all involved in a time of high inflation; I have actually contemplated raising my rates, but have not yet done so.

(6) I am requesting compensation for 95.8 hours spent working on this matter. I have edited my invoice to eliminate some of my time spent speaking with the client, which was not necessarily productive towards the case. I have also eliminated time I spent conferencing with other consumer lawyers about the Plaintiff's claim; a true copy of my invoice for work on this matter is attached to this declaration as its only exhibit.

(7). I am also seeking costs, in the amount of $400, together with two service attempts, each in the amount of $50, for a total of $500 in costs.

Signed under the Pains and Penalties of Perjury, this 8th day of September 2022,

Jonas A. Jacobson



Law Offices of Jonas A. Jacobson
617-230-2779
2067 Massachusetts Ave., 5th Floor
Cambridge, Massachusetts 02140
United States

| | | | |
|---|---|---|---|
| **Billed To**<br>Kevin Merchant<br>139 Central Street<br>Auburn, Massachusetts<br><br>United States | **Date of Issue**<br>08/03/2022<br><br>**Due Date**<br>09/02/2022 | **Invoice Number**<br>0000568 | **Amount Due (USD)**<br>$43,110.00 |

| Description | Rate | Qty | Line Total |
|---|---:|---:|---:|
| Email from Kevin Merchant<br>04/28/2020 | $450.00 | 0.2 | $90.00 |
| Review of Kevin's Email to Equifax<br>04/28/2020 | $450.00 | 0.2 | $90.00 |
| Initial phone call with Kevin and Elizabeth<br>04/28/2020 | $450.00 | 1.5 | $675.00 |
| Telephone Call with Kevin T. Merchant<br>04/29/2020 | $450.00 | 0.5 | $225.00 |
| Research re: mixed files cases<br>04/29/2020 | $450.00 | 2.4 | $1,080.00 |
| Email to Kevin Jr., and Kevin T. Merchant<br>04/29/2020 | $450.00 | 0.3 | $135.00 |
| Merchants' documents review and claim assessment<br>05/1/2020 | $450.00 | 1.1 | $495.00 |
| Review of Kevin's follow up with Equifax<br>05/04/2020 | $450.00 | 0.1 | $45.00 |
| Email with additional evidence<br>05/09/2020 | $450.00 | 0.1 | $45.00 |
| Review of Equifax Dispute Reply | $450.00 | 0.3 | $135.00 |
| Email from Kevin re Kevin T. | $450.00 | 0.1 | $45.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 05/18/2020 | Long email from Kevin Merchant (re: Camper van issue) | $450.00 | 0.3 | $135.00 |
| 05/22/2020 | First Draft Complaint | $450.00 | 3.6 | $1,620.00 |
| 06/09/2020 | Research re: injunctive relief in FCRA cases | $450.00 | 2.5 | $1,125.00 |
| 06/10/2020 | Complaint draft to client (and responses) | $450.00 | 0.3 | $135.00 |
| 06/11/2020 | Edits to Complaint (per client) | $450.00 | 0.4 | $180.00 |
| 06/12/2020 | Email from client re: Kevin T. | $450.00 | 0.1 | $45.00 |
| 06/23/2020 | Call with Kelly Guzzo re: Kevin T. | $450.00 | 0.2 | $90.00 |
| 06/23/200 | Emails/calls with Ancillary Legal re: service in Atlanta | $450.00 | 0.3 | $135.00 |
| 07/28/2020 | Email/Call from Ancillary re: service on Equifax | $450.00 | 0.2 | $90.00 |
| 08/28/2020 | Emails from client | $450.00 | 0.2 | $90.00 |
| 08/31/2020 | Call with Derrick Riddick re: Service Job #4867695 | $450.00 | 0.3 | $135.00 |
| 09/10/2020 | Return of service from Derrick Riddick | $450.00 | 0.1 | $45.00 |
| 09/11/2020 | Plaintiff's request for a Default | $450.00 | 0.4 | $180.00 |
| 09/30/2021 | Call with Eric Barton re: service | $450.00 | 0.3 | $135.00 |
| 10/21/2020 | Email from Eric Barton (review and respond) | $450.00 | 0.1 | $45.00 |
| 10/21/2020 | Edits to extension agreement | $450.00 | 0.2 | $90.00 |
| 10/23/2020 | Receive and save Extension Motion from PACER | $450.00 | 0.1 | $45.00 |
| 10/26/2021 | Prepare new Motion for Default | $450.00 | 0.4 | $180.00 |
| 11/23/2020 | | | | |

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Call and Email with Maura Bragg re: (vacate New Motion for Default) (review motion)<br>11/24/2020 | $450.00 | 0.6 | $270.00 |
| Review and defenses<br>11/25/2020 | $450.00 | 0.8 | $360.00 |
| Emails with client re: evidence<br>12/28/2020 | $450.00 | 0.3 | $135.00 |
| Email to OC re: Joint Status Report<br>12/29/2020 | $450.00 | 0.3 | $135.00 |
| Prepare Joint Status Report (schedule)(calendar review)<br>1/13/2021 | $450.00 | 0.4 | $180.00 |
| Emails with OC (re: Joint Status Report)<br>1/13/2021-1/15/2021 | $450.00 | 0.3 | $135.00 |
| File Joint Status Report<br>1/17/2021 | $450.00 | 0.2 | $90.00 |
| Status Conference (telephonic)<br>1/24/201 | $450.00 | 0.2 | $90.00 |
| Review Equifax Discovery requests<br>01/28/2021 | $450.00 | 1.2 | $540.00 |
| Call with client re: discovery requests<br>02/04/2021 | $450.00 | 1.5 | $675.00 |
| Review Equifax litigation on PACER<br>2/10/2021 | $450.00 | 2.5 | $1,125.00 |
| Prepare Request for production to Equifax (review prior research)<br>02/11/2021 | $450.00 | 2.4 | $1,080.00 |
| Review Client email (w/summary)<br>02/17/2021 | $450.00 | 0.7 | $315.00 |
| Review of Equifax Initial Disclosures<br>2/24/2021 | $450.00 | 0.2 | $90.00 |
| Prepare Interrogatories to Equifax<br>02/22/2021 | $450.00 | 2.1 | $945.00 |
| Finalize RFPDs and serve via email<br>02/23/2021 | $450.00 | 0.5 | $225.00 |
| Prepare requests for admissions (client data cross reference)<br>2/24/2021 | $450.00 | 1.8 | $810.00 |
| Finalize interrogatories and serve via email | $450.00 | 0.3 | $135.00 |

| Description | Rate | Hours | Amount |
|---|---|---|---|
| Emails with OC re: settlement<br>02/24/2021 | $450.00 | 0.2 | $90.00 |
| Telephone call w/client re: mediation<br>03/10/2021 | $450.00 | 0.8 | $360.00 |
| Telephone call w/client re: mediation<br>03/11/2021 | $450.00 | 0.5 | $225.00 |
| Telephone call with client re: discovery responses<br>03/12/2021 | $450.00 | 1.4 | $630.00 |
| Telephone call with client re: discovery<br>03/14/2021 | $450.00 | 0.8 | $360.00 |
| Prepare initial disclosures (email to OC)<br>03/15/2021 | $450.00 | 0.9 | $405.00 |
| Receive signed discovery responses (to RFA, Rogs), sign as to objections, service on OC<br>03/16/2021 | $450.00 | 0.2 | $90.00 |
| Review Equifax first discovery response<br>03/24/2021 | $450.00 | 0.1 | $45.00 |
| Emails with OC re: discovery<br>(9 emails)<br>03/25/201 | $450.00 | 0.3 | $135.00 |
| Review amended discovery responses<br>03/25/2021 | $450.00 | 0.2 | $90.00 |
| Pre mediation telephone conference<br>03/26/2021 | $450.00 | 0.3 | $135.00 |
| Emails re: settlement with OC (17 emails at .1 each)<br>04/13/2021-04/16/2021 | $450.00 | 1.7 | $765.00 |
| Phone call with Judge Hennessey's clerk (canceling mediation)<br>04/16/2021 | $450.00 | 0.2 | $90.00 |
| Research and review Equifax likely response to Motion to Compel on PACER (other cases inc. O'Gara, download)<br>04/17/2021 | $450.00 | 2.8 | $1,260.00 |
| Prepare Response to request for production of documents<br>04/17/2021 | $450.00 | 3.3 | $1,485.00 |
| Telephone call with client re: additional documents.<br>04/18/2021 | $450.00 | 0.7 | $315.00 |
| Prepare Objection to Motion to Compel production of | $450.00 | 0.8 | $360.00 |

| | | | |
|---|---|---|---|
| documents
04/18/2021 | | | |
| Review Court Order denying motion to compel
04/20/201 | $450.00 | 0.2 | $90.00 |
| Emails with OC re: discovery
04/20/21 | $450.00 | 0.2 | $90.00 |
| Telephone call with OC re: discovery
04/21/2021 | $450.00 | 0.3 | $135.00 |
| Emails with OC re: discovery, settlement
04/21/21 | $450.00 | 1.1 | $495.00 |
| Call re: protective order
05/14/2021 | $450.00 | 0.2 | $90.00 |
| Review and revised proposed protective order (burden on designating, rather than filing party)
05/17/2021 | $450.00 | 1.1 | $495.00 |
| Review additional changes by OC to protective order, accept changes via email (cross reference prior redlines)
05/19/2021 | $450.00 | 0.5 | $225.00 |
| Review and accept proposed motion for protective order
05/20/2021 | $450.00 | 0.2 | $90.00 |
| Meet and confer re: discovery
06/03/2021 | $450.00 | 0.8 | $360.00 |
| Follow up emails re: meet and confer (longer email)
06/03.2021 | $450.00 | 0.4 | $180.00 |
| Follow up email from OC re: meet and confer
06/04/2021 | $450.00 | 0.2 | $90.00 |
| Receive and review Equifax' supplemental interrogatory answers and document production
06/30/2021 | $450.00 | 0.7 | $315.00 |
| Email with OC re: summary judgment
08/30/2021 | $450.00 | 0.1 | $45.00 |
| Receive and Review Motion for Summary Judgment
08/31/2021 | $450.00 | 1.5 | $675.00 |
| Review Transunion v. Ramirez cited in Summary Judgment Memorandum
09/01/2021 | $450.00 | 0.7 | $315.00 |
| Listen to 2/13/2020 phone call (6)
09/15/2021 | $450.00 | 0.1 | $45.00 |

| | | | |
|---|---|---|---|
| Listen to 2/19/2020 phone call (2) <br> 09/15/2021 | $450.00 | 0.1 | $45.00 |
| Listen to 2/19/2020 phone call (18) <br> 09/15/2021 | $450.00 | 0.5 | $225.00 |
| Listen to 2/19/2020 phone call (5) <br> 09/15/2021 | $450.00 | 0.2 | $90.00 |
| Listen to 2/24/2020 phone call (12) <br> 09/15/2021-09/17/2021 | $450.00 | 0.2 | $90.00 |
| Listen to 2/28/2020 phone call (28) <br> 09/15/2021-09/17/2021 | $450.00 | 0.5 | $225.00 |
| Listen to 2/28/2020 phone call (1) <br> 09/15/2021-09/17/2021 | $450.00 | 0.1 | $45.00 |
| Listen to 2/28/2020 phone call (2) <br> 09/15/2021-09/17/2021 | $450.00 | 0.7 | $315.00 |
| Listen to 2/28/2020 phone call (36) <br> 09/15/2021-09/17/2021 | $450.00 | 0.7 | $315.00 |
| Listen to 2/29/2020 phone call (4) <br> 09/15/2021-09/17/2021 | $450.00 | 0.1 | $45.00 |
| Listen to 2/28/2020 phone call 7) <br> 09/15/2021-09/17/2021 | $450.00 | 0.1 | $45.00 |
| Listen to 3/4/2020 phone call (3) <br> 09/15/2021-09/17/2021 | $450.00 | 0.1 | $45.00 |
| Listen to 3/4/2020 phone call (31) <br> 09/15/2021-09/17/2021 | $450.00 | 0.5 | $225.00 |
| Listen to 3/4/2020 phone call (23) <br> 09/15/2021-09/17/2021 | $450.00 | 0.4 | $180.00 |
| Listen to 3/4/2020 phone call (5) <br> 09/15/2021-09/17/2021 | $450.00 | 0.1 | $45.00 |
| Listen to 3/19/2020 phone call (5) <br> 09/15/2021-09/17/2021 | $450.00 | 0.1 | $45.00 |
| Listen to 3/26/2020 phone call (33) <br> 09/15/2021-09/17/2021 | $450.00 | 0.6 | $270.00 |
| Listen to 3/26/2020 phone call (10) <br> 09/15/2021-09/17/2021 | $450.00 | 0.2 | $90.00 |
| Listen to 04/13/2020 phone call (12) <br> 09/15/2021-09/17/2021 | $450.00 | 0.2 | $90.00 |
| Listen to 04/23/2020 phone call (19) | $450.00 | 0.3 | $135.00 |

| | | | |
|---|---|---|---|
| Listen to 04/23/2020 phone call (56)<br>09/20/201 | $450.00 | 1 | $450.00 |
| Listen to 04/23/2020 phone call (12)<br>09/15/2021-09/17/2021 | $450.00 | 0.2 | $90.00 |
| Listen to 04/23/2020 phone call (3)<br>09/15/2021-09/17/2021 | $450.00 | 0.1 | $45.00 |
| Listen to 04/27/2020 phone call (9)<br>09/15/2021-09/17/2021 | $450.00 | 0.1 | $45.00 |
| Listen to 04/28/2020 phone call (34)<br>09/15/2021-09/17/2021 | $450.00 | 0.6 | $270.00 |
| Listen to 04/28/2020 phone call (1:02)<br>09/20/21 | $450.00 | 1 | $450.00 |
| Call with Brad Dowding<br>09/17/2021 | $450.00 | 0.2 | $90.00 |
| Listen to 04/28/2020 phone call (1:33)<br>09/20/2021 | $450.00 | 1.6 | $720.00 |
| Listen to 04/28/2020 phone call (10)<br>09/15/2021-09/17/2021 | $450.00 | 0.2 | $90.00 |
| Affidavit to Brad Dowding<br>10/16/2021 | $450.00 | 0.6 | $270.00 |
| MSJ: careful review, opposition paperwork<br>10/17/2021 | $450.00 | 1.6 | $720.00 |
| Isolate specific phone calls for use in filing (re-listen) 12+5+7<br>10/17/2021 | $450.00 | 0.4 | $180.00 |
| Review substantive case law in MSJ (non standing)<br>10/17/2021 | $450.00 | 1.5 | $675.00 |
| Search for cases re: security freeze consumer report<br>10/17/2021 | $450.00 | 2.1 | $945.00 |
| MSJ: Review 1681e, 1681i<br>10/17/21 | $450.00 | 0.4 | $180.00 |
| MSJ: First draft of argument section re "credit report"<br>10/17/21 | $450.00 | 2.2 | $990.00 |
| MSJ: First draft of standing argument<br>10/18/21 | $450.00 | 1.5 | $675.00 |
| MSJ: Prepare facts section (1st draft)<br>10/18/2021 | $450.00 | 2.6 | $1,170.00 |

| Description | Rate | Hours | Amount |
|---|---|---|---|
| MSJ: Prepare affidavit for Kevin to sign<br>10/18/2021 | $450.00 | 0.6 | $270.00 |
| MSJ: standard of review<br>10/19/2021 | $450.00 | 0.3 | $135.00 |
| MSJ: Research re: reasonable procedures<br>10/19/2021 | $450.00 | 1 | $450.00 |
| Telephone call with Kevin<br>10/19/2021 | $450.00 | 0.8 | $360.00 |
| Email Brad Dowding (review client correspondence)<br>10/19/2021 | $450.00 | 0.1 | $45.00 |
| Finalize facts section<br>10/19/2021 | $450.00 | 1.2 | $540.00 |
| Edits to Memorandum<br>10/19/2021 | $450.00 | 1.2 | $540.00 |
| Finalize Kevin Merchant Affidavit<br>10/20/2021 | $450.00 | 0.3 | $135.00 |
| Emails with Kevin re: Affidavit/Brad Dowding<br>10/20/2021 | $450.00 | 0.1 | $45.00 |
| Statement of Material Facts (Admit or Deny)<br>10/20/2021 | $450.00 | 1 | $450.00 |
| Statement of Material Facts (letter and finalize exhibits)<br>10/20/2021 | $450.00 | 1.5 | $675.00 |
| Finalize Memorandum<br>10/22/2021 | $450.00 | 0.9 | $405.00 |
| Finalize Statement of Material Facts<br>10/22/2021 | $450.00 | 0.5 | $225.00 |
| File Motion<br>10/22/2021 | $450.00 | 0.2 | $90.00 |
| Email Brad Dowding<br>10/29/2021 | $450.00 | 0.1 | $45.00 |
| Review Reply Memorandum<br>11/2/2021 | $450.00 | 0.4 | $180.00 |
| Telephone call with Kevin Merchant<br>11/2/2021 | $450.00 | 0.8 | $360.00 |
| Emails to Brad Dowding<br>11/3/2021 | $450.00 | 0.1 | $45.00 |

| | | | |
|---|---|---|---|
| Prepare Sur Reply<br>11/4/2021 | $450.00 | 1.2 | $540.00 |
| Hearing on Motion for Summary Judgment<br>11/4/2021 | $450.00 | 0.8 | $360.00 |
| Receive and review Motion to Strike<br>11/4/2021 | $450.00 | 0.3 | $135.00 |
| Research motion to strike (Fed. MSJ)<br>11/4/2021 | $450.00 | 1.2 | $540.00 |
| Opposition motion to strike<br>11/4/2021 | $450.00 | 1 | $450.00 |

| | |
|---|---|
| Subtotal | 43,110.00 |
| Tax | 0.00 |
| Total | 43,110.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $43,110.00 |