# 2022 Billing Rate & Associate Salary Survey*plus* (BRASS*plus*)

*Initial Release*

## Report/Product offerings

The **Revenue Management Report (RMR)** provides a wide range of metrics on the four core areas of revenue management.

The **Talent Management Report (TMR)** is a two-pronged Report that contains information on attorney & non-attorney compensation as well as diversity metrics.

The **Partner Management Report (PMR)** includes compensation and capital balance metrics for both groups of Partners.

The **Revenue360 Dashboard** supplements the RMR to allow multiple users at the Firm to interactively filter between both historical and current year benchmarks across multiple comparison groups.

## Complimentary review of results

Discussions and reviews can be scheduled with the Survey Staff to assist participants in their understanding of the Survey results.

## Timing

Data Form Due Date: April 22nd

Distribution of Results: Early June

The **Billing Rate & Associate Salary Survey*plus* (BRASS*plus*)** is recognized as the industry leader in providing law firms with comprehensive benchmarking information across a broad spectrum of metrics.

The Survey maintains a strong and consistent participation base with over 250 of the largest national law firms participating.

Participants choose which metrics are most important to their Firm and our Data Form can be tailored to meet those needs - reducing the time investment to participate.

The Law Firm Survey Staff is committed to providing law firms with exceptional client service and meaningful insights into their business, resulting in a better understanding of their market position.

## Survey Staff contact info

Please contact a Survey Staff member with any questions at (703) 918-3077 or via e mail at *us_pwc_law_firm_survey_team@pwc.com*



## NEW in 2022

**Compensation information will now be collected for both Attorneys AND non-Attorney timekeepers and will be included in the Talent Management Report (TMR).**

**New Content on the Firm's Remote Workforce Policy has been added and will be included in a separate Report offering.**

**Each Firm will receive a complimentary Talent Management Report (TMR). This Report style not only provides insights into the compensation levels of the Associates, but more importantly, links bonuses received to the corresponding utilization levels by class year.**

**Associate Benefits information has been expanded.**

**Participants, again, have the option to submit and receive international office metrics – including compensation data - in their local currency.**

**The Revenue360 Performance Analytics Dashboard file is again included in the base participation fee.**

**Pricing has been modified to be more cost-effective for small to mid-size firms.**

www.pwc.com/lfsurveys

# 2022 Billing Rate & Associate Salary Survey *plus*




Sample reports

Please contact a Survey Staff member to better understand the content included in each Report/Product Offering at **(703) 918-3077** or via email at *us_pwc_law_firm_survey_team@pwc.com*



*Participants reported that our one-on-one Firm reviews of their results was an added value to participation.*

*Our Dashboard offering and tailored webcasts to review trends were also key factors in their overall satisfaction.*

© 2022 PwC. All rights reserved. PwC refers to the US member firm or one of its subsidiaries or affiliates, and may sometimes refer to the PwC network. Each member firm is a separate legal entity. Please see www.pwc.com/structure for further details.